> **ORDER:**
> Motion granted.
> *E. Clifton Knowles*
> U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 3:10-02105 |
| | ) | JUDGE KNOWLES |
| | ) | |
| CHRISTOPHER WEBB | ) | |

## MOTION TO DISMISS COMPLAINT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Court, pursuant to Fed. R. Crim. P. 48(a), to dismiss the complaint previously filed against the defendant as the government, after careful consideration of the circumstances surrounding this matter, elected, in its discretion, not to pursue a further prosecution of the defendant.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

BY: *s/ Philip H. Wehby*
_____
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203
(615) 736-5151